PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBA 42906
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Blvd.
    Baltimore, MD 21235
    Telephone: (206) 615-2662
    Email: edmund.darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ADRIAN MALDONADO,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | CIVIL NO. 1:24-cv-00110-KES-EPG<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

STIPULATION TO REMAND

On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  May 23, 2024

          */s/  Francesco P. Benavides*
          FRANCESCO P. BENAVIDES
          Attorney for Plaintiff
          *Authorized via e-mail on May 22, 2024

          PHILLIP A. TALBERT
          United States Attorney
          MATHEW W. PILE
          Associate General Counsel
          Social Security Administration

       By: */s/ Edmund Darcher*
          EDMUND DARCHER
          Special Assistant United States Attorney

          Attorneys for Defendant

STIPULATION TO REMAND

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for good cause shown, IT IS ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g);
2. Plaintiff's motion for summary judgment, (Doc. 13), is terminated as moot; and
3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   May 23, 2024

_____
UNITED STATES DISTRICT JUDGE